FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAY 11 PM 1:01

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:98-CR-002-001 |
| CONNIE FRAZIER HASTY, | ) ) ) | |
| Defendant, | ) ) ) ) | |
| AR MEDICAL, LLC, | ) ) | |
| Garnishee. | ) | |

## ORDER FOR ISSUANCE OF WRIT OF CONTINUING GARNISHMENT

Before the Court is the United States' Application for Writ of Continuing Garnishment to Garnishee AR Medical, LLC, for substantial nonexempt property belonging to or due the Defendant-Judgment Debtor, Connie Frazier Hasty. Upon consideration, the Court finds that the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205, and hereby GRANTS the application.

THIS COURT ORDERS the issuance of the accompanying Writ of Continuing Garnishment to the Garnishee.

THIS COURT FURTHER ORDERS that the Clerk of Court shall issue a Clerk's Notice of Garnishment, which shall be prepared by counsel for the United States, in accordance with 28 U.S.C. § 3202(b).

THIS COURT FURTHER ORDERS that, pursuant to 28 U.S.C. § 3205(c)(3), the United States shall serve the Garnishee with a copy of the Application, Writ of Continuing Garnishment, Clerk's Notice of Garnishment, this Order, and a proposed Answer form with instructions for

compliance. After the Garnishee has been served, the United States shall serve the Defendant-Judgment Debtor with a copy of the Application, Writ of Continuing Garnishment Clerk's Notice of Garnishment, this Order, and instructions for compliance.

THIS COURT FURTHER ORDERS that Counsel for the United States shall certify that each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Continuing Garnishment has been served at least 20 days before filing a motion for a disposition order under 28 U.S.C. § 3205(c)(7).

**IT IS SO ORDERED** this 11th day of May, 2016.

_____
HON. WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA