IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. CR498-002 |
| CONNIE FRAZIER HASTY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| AR MEDICAL, LLC., | ) | |
| | ) | |
| Garnishee. | ) | |
| | ) | |

## O R D E R

Before the Court is the Government's Motion for Entry of Final Order of Garnishment. (Doc. 39.) The Government filed an Application for Writ of Garnishment seeking substantial nonexempt property belonging to or due Defendant held by the Garnishee. (Doc. 32.) A writ of garnishment and the accompanying documents were served on the Garnishee. (Doc. 37.) The Garnishee filed its Answer, indicating the disposable earnings in its possession, custody, or control due to Defendant. (Doc. 38.)

Defendant was served with the writ of garnishment and appropriate instructions (Doc. 37), but did not file a written objection, request a hearing, or file any other response to that writ or to the Garnishee's answer. Moreover, the twenty-day statutory period in which to do so has elapsed. See 28 U.S.C. § 3205(c)(5); id. § 3202(b),(d).

After careful consideration of the record in this case, the Court **GRANTS** the Government's Motion for Entry of Final Order of Garnishment. (Doc. 39.) The Garnishee shall pay to the Clerk of Court within 15 days from the date of this order the funds owed.[1] Payment under this order shall be made by certified check bearing the case number 4:98-cr-002-01, payable to "Clerk, U.S. District Court," and delivered to

> The United States District Court Clerk,
> P.O. Box 8286,
> Savannah, GA 31412.

The funds already received by the Clerk of Court shall continue to be applied to the Defendant's current restitution obligation. The Garnishee shall provide written notification of the date and amount of the payment delivered to the Clerk of Court under this Order to

> Connie Frazier Hasty,
> 395 Shell Road,
> Riceboro, GA 31323;

with copies to

> The United States Attorney's Office,
> Attention Financial Litigation Unit,
> P.O. Box 8970,
> Savannah, GA 31412.

SO ORDERED this 17th day of August 2016.

*/s/ William T. Moore, Jr.*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court understands that the Garnishee has already sent earnings to the Clerk of Court for the United States District Court. (Doc. 39 at 2.)